FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 17, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER PEOPLES,<br><br>Defendant. | No. 2:26-CR-00016-MKD-1<br><br>ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE<br><br>**MOTION GRANTED**<br>**(ECF No. 43)** |

Before the Court is Defendant CHRISTOPHER PEOPLES' Unopposed Motion to Modify Conditions of Release. **ECF No. 43**. Defendant moves the Court to modify the conditions of release set forth in the Order Modifying Order Releasing Defendant to Inpatient Substance Abuse Treatment, ECF No. 31. Specifically, Defendant requests the Court modify condition 9, prohibiting contact with the victim and potential witnesses, to allow contact with the alleged victim, C.N., who is the mother of his children, only for the purpose of arranging visitation with his children, who are potential witnesses. Neither the United States nor U.S. Probation oppose Defendant's motion, provided 1) Defendant does not discuss the case with C.N. or his children; and 2) that his sister, Jennifer Peoples, supervises the visitation.

**IT IS ORDERED:**

1.    Defendant's Unopposed Motion to Modify Conditions of Release, **ECF No. 43**, is **GRANTED.** Condition No. 9 (prohibiting contact with the alleged victim or potential witnesses) shall be modified as follows:

ORDER - 1

   a.   Defendant is permitted to have limited contact with the alleged victim, C.N. for the purpose of arranging visitation with his children.  Defendant shall not discuss his case with C.N.

   b.   Defendant is permitted to have contact with his children for visitation, provided:  1) Defendant does not discuss the case with his children, and 2) any visitation with his children is supervised by Defendant's sister, Jennifer Peoples.

2.   All other terms and conditions of pretrial release set forth in ECF No. 31 shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED July 17, 2026.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2