FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 19, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHRISTOPHER PEOPLES,

Defendant.

No. 2:26-CR-00016-MKD-1

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

**MOTION GRANTED**
**(ECF No. 51)**

Before the Court is Defendant CHRISTOPHER PEOPLES' Unopposed Motion to Modify Conditions of Release, **ECF No. 51**. Defendant moves the Court to modify the conditions of release set forth in the Order Modifying Order Releasing Defendant to Inpatient Substance Abuse Treatment, ECF No. 31. Specifically, Defendant requests the Court strike condition 16, curfew. Neither the United States nor U.S. Probation oppose Defendant's motion.

**IT IS ORDERED:**

1. Defendant's Unopposed Motion to Modify Conditions of Release, **ECF No. 51**, is **GRANTED.** **Condition No. 16 (regarding curfew) set forth in ECF No. 31 shall be STRICKEN.**

2. All other terms and conditions of pretrial release set forth in ECF No. 31 shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED November 19, 2026.

JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE